```
_____ FILED   _____ LODGED
        _____ RECEIVED
           Jun 17, 2022
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

MAGISTRATE JUDGE THERESA L FRICKE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ 21-5210 |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT |
| v. | |
| WILLIAM ALEXANDER CRISOLO, | |
| Defendant. | |

The Court, having considered the Unopposed Motion to Extend Time to File Indictment Under Speedy Trial Act finds that:

1.   William Crisolo is charged by Complaint with Possession of Child Pornography, in violation of 18 U.S.C. § 2252.

2.   Mr. Crisolo was arrested on October 1, 2021, and made his initial court appearance on October 4, 2021. The Court has granted three previous extensions of the indictment deadline (dkt. 12, 17, 22) with a current deadline of July 4, 2022.

3.   The parties are advancing this case forward by working cooperatively with discovery. The parties assert that they are evaluating whether this case and an arguably related state case can be resolved globally without a federal indictment.

4.   Counsel is seeking an order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv). The requested new deadline would be Oct. 4, 2022.

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT
(*United States v. Crisolo*, MJ21-5210 JRC) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

5. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from the filing of this motion through Oct. 4, 2022, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

6. The Government, represented by Assistant United States Attorney Zachary Dillon, does not object to this request for Extension of the Indictment Deadline.

7. In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment be continued to Oct. 4, 2022. The period of delay resulting from this continuance from the date of the filing of this motion through Oct. 4, 2022 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED this ___17th___ day of June, 2022.

*Theresa L. Fricke*
THERESA L FRICKE
UNITED STATES MAGISTRATE JUDGE

Presented by:

*s/ John R. Carpenter*
Assistant Federal Public Defender
Attorney for William Crisolo

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT
(*United States v. Crisolo*, MJ21-5210 JRC) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710